UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Latisia Fairley<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   15-30058<br><br>Chapter: 13<br>Honorable Jacqueline Cox |

## ORDER MODIFYING PLAN

THIS MATTER coming to be heard on the Motion of the Debtor to Modify the Plan;

THE COURT, after due notice having been given and hearing thereon, having been fully advised of the matter, herein;

IT IS HEREBY ORDERED:

1. The Debtor's current plan payment default is deferred to the end of the plan.

2. The Debtor's plan payment is reduced to $105.00 per month

3. The new plan base is $21,585.00.

4. Nothing in this order shall require the Trustee to perform collections pursuant to any prior plan.

Enter:

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: NOV 19 2018

**Prepared by:**
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606

Rev: 20170105_bko